UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

DEBORAH WASHINGTON,
    Plaintiff,
-vs.-

                        Case No 1:12-cv-00031
                        Hon. Paul L. Maloney
                        Mag. Hon. Joseph G. Scoville

WINDHAM PROFESSIONALS, INC.
    Defendant.

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

At a session of court held in the United States District Court for
the Western District of Michigan

on  May 8, 2012

Present: Hon.  PAUL L. MALONEY

    The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

    **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

                                                  /s/ Paul L. Maloney
                                                  Judge of United States District Court